WOOLLACOTT JANNOL LLP
Cynthia Woollacott, Esq. (#110119)
10350 Santa Monica Boulevard
Suite 350
Los Angeles, California 90025-5075
310.277.5504
310.552.7552

Attorneys for defendant Femme Knits Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXACT SCIENCE PRODUCTIONS, LLC,<br><br>    PLAINTIFF,<br><br>    VS.<br><br>FEMME KNITS INC., ET AL..<br><br>    DEFENDANTS. | CASE # 3:07-CV-02296-EDL<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTICT JUDGE<br><br>CMC: 31 JULY 2007 |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Defendant Femme Knits Inc. hereby respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:19 July 2007         WOOLLACOTT JANNOL LLP

                           By _____
                              CYNTHIA WOOLLACOTT
                           Attorneys for Femme Knits Inc.

1 **PROOF OF SERVICE BY MAIL**

2 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

3 I am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 10350 Santa Monica Boulevard, Suite 350, Los Angeles, California 90025-5075.

4

5 On July 20, 2007 I served the foregoing documents described as DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

6

7

**BY U.S. MAIL**
8 C. Matthew Didaleusky, Esq.
One Kaiser Plaza
9 Suite 470
San Francisco, CA 94612

10

11 I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. The correspondence described above was placed for deposit in the United States Postal Service at 10350 Santa Monica Boulevard following ordinary business practices this date for collection and mailing on this date.

12

13

14 Executed on July 20, 2007 at Los Angeles, California.

15 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

16

17 _____
Cole Oliver

18

19

20

21

22

23

24

---

PROOF OF SERVICE