**E-filed 8/11/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

EXACT-SCIENCE PRODUCTIONS, LLC.,

      Plaintiff,

      v.

FEMME KNITS, INC.,

      Defendants.

_____

No. C-07-2296-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

Due to a recent reassignment of this matter, the Court has scheduled a Case Management Conference for Friday September 28, 2007 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 8/11/07               For the Court,
                               Richard W. Wieking, Clerk

                               Diana Munz
                               electronic signature
                               Courtroom Deputy