| | |
|---|---|
| *Attorney or Party without Attorney:*<br>CMD ASSOCIATES<br>ONE KAISER PLAZA<br>SUTE 470<br>Oakland, CA  94612<br>Telephone No: | For Court Use Only |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>4000-226441 |

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* EXACT-SCIENCE PRODUCTIONS, LLC
*Defendant:* FEMME KNITS, INC.

| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C-07-2296(EDL) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Demand For Jury Trial; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Case Schedule-Adr Multi-Option Program; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; U.S. District Court, San Francisco Guidelines; Ecf Registration Information Handout; Adr Dispute Resolution Procedures

3. a. *Party served:* HAPA INDUSTRIES, LTD.
   b. *Person served:* PHIL MOSIEUR, CLERK OF THE UPS STORE IN CHARGE ACCEPTING ON BEHALF OF HAPA INDUSTRIES, INC. (WHITE MALE, 25-30 YEARS OLD, 6'1", 150 LBS., BROWN CREW CUT)

4. *Address where the party was served:* 214 MAIN STREET
   SUITE 367
   El Segundo, CA  90245

5. *I served the party:*
   b. by substituted service. On: Fri., Jul. 27, 2007 at: 3:18PM I left the documents listed in item 2 with or in the presence of:
   PHIL MOSIEUR, CLERK OF THE UPS STORE IN CHARGE ACCEPTING ON BEHALF OF HAPA INDUSTRIES, INC. (WHITE MALE, 25-30 YEARS OLD, 6'1", 150 LBS., BROWN CREW CUT)
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Fri., Jul. 27, 2007 from: Los Angeles, CA
   Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. *Person Who Served Papers:*
   a. HUBERT TRACY RIEDEMAN
   b. WESTERN ATTORNEY SERVICE
      75 COLUMIA SQUARE
      SAN FRANCISCO, CA  94103
   c. 415-487-4140

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:   4233
      (iii) County:            Los Angeles
      (iv) Expiration Date:    Wed, Nov. 21, 2007

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:Mon, Jul. 30, 2007

*Judicial Council Form*
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

(HUBERT TRACY RIEDEMAN)

cmdas.21384

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| CMD ASSOCIATES<br>ONE KAISER PLAZA<br>SUTE 470<br>Oakland, CA 94612 | |
| Telephone No: | Ref. No or File No.:<br>4000-226441 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff: EXACT-SCIENCE PRODUCTIONS, LLC
Defendant: FEMME KNITS, INC.

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C-07-2296(EDL) |
|---|---|---|---|---|

1. I, HUBERT TRACY RIEDEMAN, and any employee or independent contractors retained by WESTERN ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant HAPA INDUSTRIES, LTD. as follows:

2. Documents: Summons In A Civil Case; Demand For Jury Trial; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Case Schedule-Adr Multi-Option Program; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; U.S. District Court, San Francisco Guidelines; Ecf Registration Information Handout; Adr Dispute Resolution Procedures.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 07/18/07 | 12:57pm | Business | ADDRESS PROVIDED IS A LAW OFFICE, KNOCKED ON THE DOOR AND HAD A MALE ANSER THE DOOR. HE SAID HE WAS RENTING SPACE AT THIS OFFICE AND THAT PAUL TRUMP (AGENT) WAS NO LONGER AT THIS LOCATION. HE STATED THAT PUAL TRUMP WAS EMPLOYED AS "OF COUNSEL" SOMEWHERE IN THE CITY OF INDUSTRY, BUT DOES NOT REMEMBER THE COMPANY. CHECKED WITH LEASING COMPANY AND THEY DO NOT HAVE FORWARDING INFORMATION ONTHE SUBJECT. Attempt made by: HUBERT TRACY RIEDEMAN. Attempt at: PAUL D. TRUMP 5777 WEST CENTURY BLVD., STE. 755 LOS ANGELES CA 90045. |
| Fri | 07/27/07 | 3:18pm | Business | Substituted Service on: HAPA INDUSTRIES, LTD. Business - 214 MAIN STREET SUITE 367 El Segundo, CA. 90245 by Serving: PHIL MOSIEUR, CLERK OF THE UPS STORE IN CHARGE ACCEPTING ON BEHALF OF HAPA INDUSTRIES, INC. (WHITE MALE, 25-30 YEARS OLD, 6'1", 150 LBS., BROWN CREW CUT) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: HUBERT TRACY RIEDEMAN |
| Fri | 07/27/07 | | | Mailed copy of Documents to: HAPA INDUSTRIES, LTD. |

3. Person Executing
   a. HUBERT TRACY RIEDEMAN
   b. WESTERN ATTORNEY SERVICE
      75 COLUMIA SQUARE
      SAN FRANCISCO, CA 94103
   c. 415-487-4140

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.: 4233
   (iii) County: Los Angeles
   (iv) Expiration Date: Wed, Nov. 21, 2007

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jul. 30, 2007    AFFIDAVIT OF REASONABLE DILIGENCE    (HUBERT TRACY RIEDEMAN)

Page: 1    cmdas.21384

| Attorney or Party without Attorney:<br>CMD ASSOCIATES<br>ONE KAISER PLAZA<br>SUTE 470<br>Oakland, CA 94612<br>Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>4000-226441 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: EXACT-SCIENCE PRODUCTIONS, LLC | | | | |
| Defendant: FEMME KNITS, INC. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS CIVIL/CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C-07-2296(EDL) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; DEMAND FOR JURY TRIAL; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE SCHEDULE-ADR MULTI-OPTION PROGRAM; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; U.S. DISTRICT COURT, SAN FRANCISCO GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; ADR DISPUTE RESOLUTION PROCEDURES

3. a. Party served: NORDSTROM, INC.
   b. Person served: MARGARET WILSON, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served: C/O CT CORPORATION
   818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 18, 2007 (2) at: 10:32AM

Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. **Person Who Served Papers:**
   a. YAKUB KHWAJAZADA
   b. **WESTERN ATTORNEY SERVICE**
      75 COLUMBIA SQUARE
      SAN FRANCISCO, CA 94103
   c. 415-487-4140

   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 3015
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jul. 19, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

(YAKUB KHWAJAZADA)

cmdas.21385

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
----------------------------------------------------------X
EXACT-SCIENCE PRODUCTIONS, LLC,
                          Plaintiff(s),

-against-

FEMME KNITS INC., ET AL.,
                          Defendant(s).
----------------------------------------------------------X
STATE OF NEW YORK    )
                          s.s :
COUNTY OF NEW YORK  )

Case No. C 07 2296

**AFFIDAVIT OF SERVICE**

      BOBBY ALI, being duly sworn, deposes and says that he is an agent of WESTERN ATTORNEY SERVICES, is over the age of eighteen years and is not a party to the action.
      That on the 20th day of July, 2007, at approximately 4:00 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES MAGISTRATE JUDGE FOR TRIAL; FILING GUIDELINES and ADR PROCEDURES** upon Delia's Group, Inc. at 50 West 23rd Street, 10th Floor, New York, New York by personally delivering and leaving the same with Dedrick Kirklen, Manager, who is authorized by appointment to accept service.
      Dedrick Kirklen is a black male, approximately 40 years of age, is approximately 5 feet and 9 inches tall, weighs approximately 170 pounds, with short black hair and dark eyes.

Sworn to before me this
25th day of July, 2007

_____
BOBBY ALI #871612

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/18/2007 |
| NAME OF SERVER (PRINT) Carlton Xicotencatl | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
    Rhonda McCarty, Agent for Service of Process, accepted service on behalf of ALLOY, INC. at 9:22AM at CSC Corporation, 2730 Gateway Oaks Drive, Sacramento, CA 95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $48.00 | TOTAL $48.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     7/18/2007     _____
               Date                     Signature of Server

                          75 Columbia Square, San Francisco, CA 94103
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Attorney or Party without Attorney:<br>CMD ASSOCIATES<br>ONE KAISER PLAZA<br>SUTE 470<br>Oakland, CA 94612<br>Telephone No: | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>4000-226441 | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: EXACT-SCIENCE PRODUCTIONS, LLC | | |
| Defendant: FEMME KNITS, INC. | | |
| **PROOF OF SERVICE<br>SUMMONS CIVIL/CASE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>C-07-2296(EDL) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; DEMAND FOR JURY TRIAL; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE SCHEDULE-ADR MULTI-OPTION PROGRAM; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; U.S. DISTRICT COURT, SAN FRANCISCO GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; ADR DISPUTE RESOLUTION PROCEDURES

3. a. Party served:       FEMME KNITS, INC.
   b. Person served:     RICHARD STAMBUL, REGISTERED AGENT AUTHORIZED TO ACCEPT

4. Address where the party was served:   RICHARD STAMBUL
   10350 SANTA MONICA BLVD., STE. 350
   West Los Angeles, CA 90025

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 19, 2007 (2) at: 11:06AM

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

7. **Person Who Served Papers:**
   a. HUBERT TRACY RIEDEMAN
   b. **WESTERN ATTORNEY SERVICE**
      75 COLUMIA SQUARE
      SAN FRANCISCO, CA 94103
   c. 415-487-4140

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:    4233
      (iii) County:              Los Angeles
      (iv) Expiration Date:     Wed, Nov. 21, 2007

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Jul. 19, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

(HUBERT TRACY RIEDEMAN)

cmdas.21387

| Attorney or Party without Attorney:<br>CMD ASSOCIATES<br>ONE KAISER PLAZA<br>SUITE 470<br>Oakland, CA 94612<br>Telephone No: | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: EXACT-SCIENCE PRODUCTIONS, LLC
Defendant: FEMME KNITS, INC.

| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C-07-2296(EDL) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE DEMAND FOR JURY TRIAL; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE SCHEDULE-ADR MULTI-OPTION PROGRAM; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; U.S. DISTRICT COURT, SAN FRANCISCO GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; ADR DISPUTE RESOLUTION PROCEDURES

3. a. Party served:         FOREVER 21, INC.
   b. Person served:        TINA LAPORTA, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:    2030 MAIN STREET
                                          SUITE 1030
                                          IRVINE, CA 92614

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 18, 2007 (2) at: 3:00PM

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. HERB SCHARLIN                                 d. *The Fee for Service was:*
   b. **WESTERN ATTORNEY SERVICE**                  e. I am: (3) registered California process server
      75 COLUMBIA SQUARE                               (i) Owner
      SAN FRANCISCO, CA 94103                          (ii) Registration No.:   1386
   c. 415-487-4140                                     (iii) County:            Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jul. 19, 2007

Judicial Council Form                PROOF OF SERVICE                    (HERB SCHARLIN)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS CIVIL/CASE                                    cmdas.21424

| Attorney or Party without Attorney:<br>CMD ASSOCIATES<br>ONE KAISER PLAZA<br>SUTE 470<br>Oakland, CA 94612<br>Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: EXACT-SCIENCE PRODUCTIONS, LLC | | | | |
| Defendant: FEMME KNITS, INC. | | | | |
| **PROOF OF SERVICE<br>SUMMONS CIVIL/CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C-07-2296(EDL) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; DEMAND FOR JURY TRIAL; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE SCHEDULE-ADR MULTI-OPTION PROGRAM; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; U.S. DISTRICT COURT, SAN FRANCISCO GUIDELINES; ECF REGISTRATION INFORMATION HANDOUT; ADR DISPUTE RESOLUTION PROCEDURES

3. a. Party served:  FOREVER 21 RETAIL, INC.
   b. Person served:  TINA LAPORTA, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:  NATIONAL REGISTERED AGENTS, INC.
   2030 MAIN STREET, STE. 1030
   IRVINE, CA 92614

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 18, 2007 (2) at: 3:00PM

7. *Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. HERB SCHARLIN
   b. **WESTERN ATTORNEY SERVICE**
   75 COLUMBIA SQUARE
   SAN FRANCISCO, CA 94103
   c. 415-487-4140

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Owner
       (ii) Registration No.:  1386
       (iii) County:  Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Thu, Jul. 19, 2007

(HERB SCHARLIN)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS CIVIL/CASE

cmdas.21386