1  C. MATTHEW DIDALEUSKY (State Bar No. 208523)
   CMD ASSOCIATES
2  One Kaiser Plaza, Suite 470
   Oakland, CA  94612
3  Telephone:  (510) 419-0807
   Facsimile:  (510) 268-0022
4
   Attorneys for Plaintiff
5  Exact-Science Productions, LLC

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 EXACT-SCIENCE PRODUCTIONS,  LLC,          CASE NO.:  CV 07-2296-JF
   a California corporation,
12                                           **CERTIFICATION OF INTERESTED ENTITIES**
                  Plaintiff,                 **OR PERSONS [CIVIL L.R. 3-16]**
13       v.

14 FEMME KNITS INC., HAPA INDUSTRIES,
   LTD., FOREVER 21, INC., FOREVER 21
15 RETAIL, INC., NORDSTROM, INC.,
   DELIA*S GROUP INC., ALLOY, INC., and
16 DOES 1 through 100,

17                Defendants.

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITES OR PERSONS        CASE NO.  CV 07-2296-JF

- 1 -

1      Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the

2  named parties, there is no such interest to report.

3

4

Dated:  September 18, 2007

5

6                                      CMD ASSOCIATES

7

8                                        By:_____

                                        C. Matthew Didaleusky

9                                        Attorneys for Plaintiff

10                                     Exact-Science Productions, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CERTIFICATION OF INTERESTED ENTITES OR PERSONS**         **CASE NO.  CV 07-2296-JF**