UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Exact-Science Productions, LLC

Plaintiff(s),

v.

Femme Knits Inc., et. al.

Defendant(s).

_____/

CASE NO. CV 07-2296-JF

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 28, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|-------------------|-----------|----------------|
| C. Matthew Didaleusky | Exact-Science Productions, LLC | 510-419-0807 | mdidaleusky@gmail.com |
| Cynthia Woollacott | Defendants | 310-277-5504 | cw@wjllp.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Sept. 19, 2007

_____
Attorney for Plaintiff

Dated: Sept 19, 2007

_____
Attorney for Defendant

Rev 12.05