1  C. MATTHEW DIDALEUSKY (State Bar No. 208523)
   CMD ASSOCIATES
2  One Kaiser Plaza, Suite 470
   Oakland, CA 94612
3  Telephone: (510) 419-0807
   Facsimile:  (510) 268-0022
4
   Attorneys for Plaintiff
5  Exact-Science Productions, LLC

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | EXACT-SCIENCE PRODUCTIONS, LLC, | CASE NO.: CV 07-2296-JF
   | a California corporation,
12 |                                  | **JOINT CASE MANAGEMENT**
   |            Plaintiff,            | **CONFERENCE STATEMENT AND**
13 |    v.                            | **[PROPOSED] ORDER**
   |
14 | FEMME KNITS INC., HAPA INDUSTRIES,| F.R.C.P. 16 and Civil L.R. 16-10
   | LTD., FOREVER 21, INC., FOREVER 21
15 | RETAIL, INC., NORDSTROM, INC.,    | Date: September 28, 2007
   | DELIA*S GROUP INC., ALLOY, INC., and | Time: 10:30 a.m.
16 | DOES 1 through 100,               | Place: Courtroom 3, 5th Floor
   |                                   | Judge: Honorable Jeremy Fogel
17 |            Defendants.

18

---

JOINT CASE MANAGEMENT CONFERENCE STATEMENT            CASE NO. CV 07-2296-JF
AND [PROPOSED] ORDER
                                - 1 -

The parties to the above-entitled action jointly submit this Case Management Statement in advance of the September 28, 2007 Case Management Conference.

1. **Jurisdiction And Service.**

The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C., Sections 1331 and 1338(a), as this action involves claims brought under federal law, the United States Copyright Act, 17 U.S.C. Section 101 *et seq.*

All Defendants in this action have been served with the Complaint. There are no issues regarding venue of this action. There are no issues regarding the Court's jurisdiction over the Defendants in this action.

2. **Facts.**

   a. **Plaintiff's Statement.**

Plaintiff Exact-Science is in the business of designing, printing and selling clothing, including t-shirts and sweatshirts, containing designs of visual art. Exact-Science obtained and registered the copyright to a design of visual art entitled, "Heart Shaped Cassette Tape / I Love Music." This design is registered with the United States Copyright Office as VA 1-378-516 (the "Copyrighted Work"). Defendant Femme Knits Inc. manufactured, imported offered for sale and sold garments bearing the Copyrighted Work owned by Exact-Science, without license. Femme Knits Inc. sold garments with the Copyrighted Work to defendants Alloy, Inc., Delia*s Group Inc., Forever 21, Inc., Forever 21 Retail, Inc., and Nordstrom, Inc. on a continuous and systematic basis, over an extended period of time. Defendants sold these shirts through their various retail establishments and over the Internet. Further, Defendants published catalogs and images on the Internet with copied versions of the Copyrighted Work.

Defendants' goods include the creation of an unauthorized derivative work of the Copyrighted Work. The image used by Defendants in connection with the manufacture, importation, distribution, and sale of goods is substantially similar to the Copyrighted Work. Defendants' acts are in violation of the exclusive right of the copyright holder to create derivative works or to reproduce its copyrighted works, as articulated in 17 U.S.C. Section 106.

Defendants' use of the Copyrighted Work is and has been made without Exact-Science's consent or authorization and for commercial purposes. Such actions and conduct by Defendants also constitutes copyright infringement under Section 501 of the Copyright Act, 17 U.S.C. § 501.

    **b.**   **Defendants' Statement.**

Femme Knits, Inc. is a designer and manufacturer of clothing. It designed and manufactured clothing bearing a cassette tape surrounded by tape shaped like a heart, the design inspired by a publicly-available similar design dating from 2003 or before - predating plaintiff's design. Femme Knits, for itself and representing its customers, believes it will prove independent design and other defenses to plaintiff's claims.

**3.**   **Legal Issues.**

Whether the actions of the Defendants constitute copyright infringement and the extent of damages, if any, to which the Plaintiff is entitled.

**4.**   **Motions.**

There have not been any motions filed by any party in this action to date. At this time, the parties do not anticipate the filing of any motions.

**5.**   **Amendment Of Pleadings.**

At this time, the parties do not anticipate amending the pleadings on file in this action.

**6.**   **Evidence Preservation.**

The parties have taken necessary steps to ensure the preservation of relevant evidence in this matter,

**7.**   **Disclosures.**

The parties will serve their respective initial disclosures pursuant to Rule 26 on or before October 17, 2007.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT      CASE NO. CV 07-2296-JF
AND [PROPOSED] ORDER
- 3 -

8. **Discovery.**

At this time, there has been no discovery served.

    a. **Timing Of Initial Disclosures.**

See Number 7, above.

    b. **Subjects On Which Discovery May Be Needed.**

Plaintiff intends to serve discovery seeking the productions of documents and information related to Defendants' manufacture and sale of garments bearing the Copyrighted Work or derivatives thereof. In addition, Plaintiff intends to serve discovery seeking an accounting of all amounts earned by Defendants as a result of its manufacture or sale of garments bearing the Copyrighted Work or derivatives thereof.

Defendants believe the relevant documents and information should be provided by plaintiff as part of the initial Rule 26(a)(1) disclosures. If not, defendants intend to seek discovery of plaintiff's design and ownership of the design and sales of their product.

    c. **Discovery Deadlines/Designation Of Expert And Other Witnesses.**

The parties propose the following discovery dates: (1) a cut-off for non-expert discovery of May 30, 2008; (2) designation of expert witnesses by June 16, 2008; (3) designation of expert rebuttal witnesses by July 15, 2008; (4) expert discovery cut-off of September 30, 2008; (5) pre-trial disclosures due on October 1, 2008.

    d. **Limitations On Discovery.**

The parties do not propose any limitations on discovery outside of those imposed by the federal rules and local rules.

9. **Relief.**

Plaintiff seeks the following relief: (1) For an order permanently enjoining Defendants from infringing Exact-Science's copyrighted images pursuant to Section 502 of the Copyright Act, 17 U.S.C. § 502; (2) For an order directing Defendants to deliver for destruction all apparel and other products in their possession or under their control, bearing or depicting any unauthorized copy or derivative work of the Copyrighted Work, and all negatives, prints, copies,

proofs, or other means of making same pursuant to Section 503 of the Copyright Act, 17 U.S.C § 503; (3) For an award of Exact-Science's actual damages and any of Defendants' additional profits or, in the alternative, that Exact-Science recover statutory damages pursuant to Section 504 of the Copyright Act, 17 U.S.C. § 504; (4) For an award of costs, pursuant to 17 U.S.C., Sections 505; (5) For an award of reasonable attorneys' fees, pursuant to 17 U.S.C., Sections 505; (6) For an award of prejudgment interest on the amount of any award to Plaintiff. Plaintiff is unable to determine the precise amount of damages it is entitled to without discovery as to the both the number of infringing products sold and the revenue derived therefrom.

**10. Settlement And ADR.**

The parties agree to an Early Settlement Conference with a Magistrate Judge and request a prompt setting of such a session. If unsuccessful, the parties request court-sponsored mediation as a second chance for settlement.

**11. Scheduling.**

The parties propose the following schedule: (1) cut-off for non-expert discovery of May 30, 2008; (2) designation of expert witnesses by June 16, 2008; (3) designation of expert rebuttal witnesses by July 15, 2008; (4) expert discovery cut-off date of September 30, 2008; (5) deadline for the hearing of dispositive motions of September 30, 2008; (6) pre-trial disclosures due on October 1, 2008; (7) pre-trial conference on October 15, 2008; (8) trial date of November 3, 2008.

**12. Trial.**

Plaintiff has demanded trial by jury. The trial is expected to last one week.

**13. Disclosure Of Non-Party Interested Entities Or Persons.**

The parties have each filed the "Certification of Interested Entities or Persons" as required by Civil Local Rule 3-16.

1 | Dated: September 19, 2007

2 |                                                    CMD ASSOCIATES

4 |                                                    By: *[signature]*
5 |                                                    C. Matthew Didaleusky
                                                       Attorneys for Plaintiff
6 |                                                    Exact-Science Productions, LLC

8 | September 19, 2007                                 WOOLLACOTT JANNOL LLP

10 |                                                   By: *[signature]*
11 |                                                   Cynthia Woollacott
                                                       Attorneys for Defendants

---

JOINT CASE MANAGEMENT CONFERENCE STATEMENT                CASE NO. CV 07-2296-JF
AND [PROPOSED] ORDER

## [PROPOSED] ORDER

The following case management schedule is hereby adopted and Ordered by the Court:

(1) cut-off for non-expert discovery of May 30, 2008;

(2) designation of expert witnesses by June 16, 2008;

(3) designation of expert rebuttal witnesses by July 15, 2008;

(4) expert discovery cut-off date of September 30, 2008;

(5) deadline for the hearing of dispositive motions of September 30, 2008;

(6) pre-trial disclosures due on October 1, 2008;

(7) pre-trial conference on October 15, 2008;

(8) trial date of November 3, 2008.

IT IS SO ORDERED.

Date:_____          _____
                                       The Honorable Jeremy Fogel
                                       United States District Court Judge
                                       Northern District of California