UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, September 28, 2007
**Case Number:** CV-07-2296-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:           EXACT-SCIENCE PRODUCTIONS  V. FEMME KNITS, INC.,  ET AL

PLAINTIFF                                    DEFENDANT

Attorneys Present: Matthew Didaleusky      Attorneys Present:  Cynthia Woollacott

PROCEEDINGS:
    Case management conference held.  Counsel are present.
    Continued to 11/30/07 at 10:30 a.m. for further case management conference.
    Case is referred to Magistrate Judge Seeborg for settlement conference.