C. MATTHEW DIDALEUSKY (State Bar No. 208523)
CMD ASSOCIATES
One Kaiser Plaza, Suite 470
Oakland, CA 94612
Telephone: (510) 419-0807
Facsimile: (510) 268-0022

Attorneys for Plaintiff
Exact-Science Productions, LLC

CYNYHIA WOOLLACOTT (State Bar No. 110119)
WOOLLACOTT JANNOL LLP
10350 Santa Monica Blvd.
Suite 350
Los Angeles, CA 90025-5075
Telephone: (310) 277-5504
Facsimile: (310) 552-7552

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EXACT-SCIENCE PRODUCTIONS, LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEMME KNITS INC., HAPA INDUSTRIES, LTD., FOREVER 21, INC., FOREVER 21 RETAIL, INC., NORDSTROM, INC., DELIA*S GROUP INC., ALLOY, INC., and DOES 1 through 100,<br><br>Defendants. | CASE NO.: CV 07-2296-JF<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|---|---|

## RECITALS

A.  WHEREAS, during the initial case management conference on September 28, 2007, the Court ordered the parties to attend an early settlement conference with Judge Seeborg and set a subsequent case management conference on November 30, 2007;

---

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE

CASE NO. CV 07-2296-JF

- 1 -

B.   WHEREAS, due to the parties' and Judge Seeborg's schedules, the early settlement conference is scheduled for January 8, 2008; and

C.   WHEREAS, it would be the interests of all parties and the Court to conduct the early settlement conference before the next case management conference to determine if this matter can be resolved.

**STIPULATION**

Based on the above recitals,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their respective counsel of record, that:

1.   The current case management conference scheduled for November 30, 2007 shall be continued to a date of the Court's choosing after January 8, 2008, preferably to January 18, 2008.

2.   The deadline for filing a joint case management conference statement shall be 7 days prior to date on which the continued case management conference will be held.

Dated: November 14, 2007

CMD ASSOCIATES

By: _____
C. Matthew Didaleusky
Attorneys for Plaintiff
Exact-Science Productions, LLC

November 14, 2007

WOOLLACOTT JANNOL LLP

By: _____
Cynthia Woollacott
Attorneys for Defendants

STIPULATION AND ORDER CONTINUING                    CASE NO. CV 07-2296-JF
CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the above stipulation of the parties, and good cause appearing therefore, |
| 3 | IT IS HEREBY SO ORDERED that: |
| 4 | 1.   The case management conference set for November 30, 2007 shall be continued until |
| 5 | _____. |
| 6 | 2.   The deadline for filing a joint case management conference statement shall be 7 days |
| 7 | prior to the date on which the continued case management conference will be held. |

Dated: _____        _____
                                     The Honorable Jeremy Fogel
                                     United States District Court Judge
                                     Northern District of California

STIPULATION AND ORDER CONTINUING                      CASE NO. CV 07-2296-JF
CASE MANAGEMENT CONFERENCE

- 3 -