*E-FILED*
November 15, 2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXACT-SCIENCE PRODUCTIONS, | No. C 07-02296 JF (RS) |
| Plaintiffs, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| FEMME KNITS, INC., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated November 7, 2007, Femme Knits, Inc., through its counsel, Cynthia Woollacott, requested that the indemnified defendants and Femme Knits, Inc.'s claims representative be excused from personally appearing at the settlement conference scheduled for January 8, 2008. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that the indemnified defendants and claims representative be available by telephone from 10:30 a.m. Pacific Daylight Time until further notice on January 8, 2008.

///

///

If the court concludes that the absence of the indemnified defendants and claims representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party.

IT IS SO ORDERED.

Dated: November 15, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

C. Matthew Didaleusky    mdidaleusky@gmail.com

Cynthia A.R. Woollacott    cw@wjllp.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: November 15, 2007

                        CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                        By:    /s/ *BAK*

**United States District Court**
For the Northern District of California

3