1  C. MATTHEW DIDALEUSKY (State Bar No. 208523)
   CMD ASSOCIATES
2  One Kaiser Plaza, Suite 470
   Oakland, CA  94612
3  Telephone:  (510) 419-0807
   Facsimile:  (510) 268-0022
4
5  Attorneys for Plaintiff
   Exact-Science Productions, LLC
6  CYNYHIA WOOLLACOTT (State Bar No. 110119)
   WOOLLACOTT JANNOL LLP
7  10350 Santa Monica Blvd.
   Suite 350
8  Los Angeles, CA  90025-5075
   Telephone:  (310) 277-5504
9  Facsimile:  (310) 552-7552

10 Attorneys for Defendants

11

12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 EXACT-SCIENCE PRODUCTIONS,  LLC,       CASE NO.:  CV 07-2296-JF
   a California corporation,
17                                         **STIPULATION AND ORDER CONTINUING
                                           CASE MANAGEMENT CONFERENCE**
18             Plaintiff,

           v.
19 FEMME KNITS INC., HAPA INDUSTRIES,
   LTD., FOREVER 21, INC., FOREVER 21
20 RETAIL, INC., NORDSTROM, INC.,
   DELIA*S GROUP INC., ALLOY, INC., and
21 DOES 1 through 100,

22             Defendants.

23

24

25                          **RECITALS**

26     A.     WHEREAS, during the initial case management conference on September 28, 2007, the

27 Court ordered the parties to attend an early settlement conference with Judge Seeborg and set a

28 subsequent case management conference on November 30, 2007;

---

**STIPULATION AND ORDER CONTINUING**                    **CASE NO. CV 07-2296-JF**
**CASE MANAGEMENT CONFERENCE**
                                  - 1 -

1     B.     WHEREAS, due to the parties' and Judge Seeborg's schedules, the early settlement

2    conference is scheduled for January 8, 2008; and

3     C.     WHEREAS, it would be the interests of all parties and the Court to conduct the early

4    settlement conference before the next case management conference to determine if this matter can be

5    resolved.

6                          **STIPULATION**

7     Based on the above recitals,

8     IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

9    captioned action, through their respective counsel of record, that:

10     1.     The current case management conference scheduled for November 30, 2007 shall be

11    continued to a date of the Court's choosing after January 8, 2008, preferably to January 18, 2008.

12     2.     The deadline for filing a joint case management conference statement shall be 7 days

13    prior to date on which the continued case management conference will be held.

14

15   Dated:  November 14, 2007

16                              CMD ASSOCIATES

17

18                              By: _____

19                              C. Matthew Didaleusky
                                 Attorneys for Plaintiff

20                              Exact-Science Productions, LLC

21

22    November 14, 2007            WOOLLACOTT JANNOL LLP

23

24                              By: _____

25                              Cynthia Woollacott
                                 Attorneys for Defendants

26

27

28

---

**STIPULATION AND ORDER CONTINUING**         **CASE NO. CV 07-2296-JF**
**CASE MANAGEMENT CONFERENCE**

**ORDER**

Based on the above stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY SO ORDERED that:

1.      The case management conference set for November 30, 2007 shall be continued until ____ 1/18/08 at 10:30 _____.

2.      The deadline for filing a joint case management conference statement shall be 7 days prior to the date on which the continued case management conference will be held.

Dated: _____11/26/07_____                _____

The Honorable Jeremy Fogel
United States District Court Judge
Northern District of California

**STIPULATION AND ORDER CONTINUING**                      **CASE NO. CV 07-2296-JF**
**CASE MANAGEMENT CONFERENCE**

- 3 -