1  WOOLLACOTT JANNOL LLP
   CYNTHIA WOOLLACOTT, ESQ. (#110119)
   10350 SANTA MONICA BOULEVARD
2  SUITE 350
   LOS ANGELES, CALIFORNIA 90025-5075
3  310.277.5504

4  Attorneys for defendants

**E-filed 12/18/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXACT-SCIENCE PRODUCTIONS, LLC,
A CALIFORNIA CORPORATION,

   PLAINTIFF,

   VS.

FEMME KNITS INC., HAPA
INDUSTRIES, LTD., FOREVER 21, INC.,
FOREVER 21 RETAIL, INC.,
NORDSTROM, INC., DELIA*S GROUP
INC., AND DOES 1 THROUGH 100,

   DEFENDANTS.

CASE NO.: CV 07-2296-JF

STIPULATION AND ORDER
SUBSTITUTING ATTORNEY

IT IS STIPULATED THAT Femme Knits, Inc. makes the following substitution of attorney from Cynthia Woollacott to Mark Brutzkus, 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367, 818.827.9107.

I consent to this Substition:

DATED: 12 December 2007.

FEMME KNITS, INC.

_____
MILTON KANEDA
Client

1

SUBSTITUTION OF ATTORNEY

I consent to this Substitution:

DATED: 12 December 2007.

WOOLLACOTT JANNOL LLP

_____
CYNTHIA WOOLLACOTT
Former Attorney

I consent to this Substition:

DATED: 12 December 2007.

EZRA BRUTZKUS GUBNER LLP

_____
MARK BRUTZKUS
New Attorney

THE ABOVE SUBSTITUTION IS ACCEPTED:

DATED: ~~12~~ December 2007   18

_____
UNITED STATES DISTRICT JUDGE
Jeremy Fogel

2

SUBSTITUTION OF ATTORNEY

**PROOF OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367.

On December 12, 2007, I served the following documents on the persons listed below, as follows: **STIPULATION AND ORDER SUBSTITUTING ATTORNEY**

**SEE ATTACHED LIST**

[X] **By United States mail:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Woodland Hills, CA.

[ ] **By overnight delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[ ] **By messenger service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service.

[ ] **By fax transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

[ ] **By e-mail or electronic transmission:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 12, 2007, at Woodland Hills, CA.

*Laura Crawford* (signature)

Laura Crawford

**SERVICE LIST**

Exact-Science Productions, LLC vs. Femme Knits Inc., et al
Case No. CV 07-02296-JF

C. Matthew Didaleusky
CMD Associates
One Kaiser Plaza, Suite 470
Oakland, CA 94612
Tel: 510-419-0807
Facsimile: 510-268-0022
E-mail: mdidaleusky@gmail.com

Cynthia Woollacott
Woollacott Jannol LLP
10350 Santa Monica Blvd., Suite 350
Los Angeles, CA 90025-5075
Tel: 310-277-5504
E-mail: cw@wjllp.com