1  Mark D. Brutzkus - Bar No. 128102
   **EZRA | BRUTZKUS | GUBNER LLP**
2  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
3  Telephone: 818.827.9000
   Facsimile: 818.827.9099
4  Email:    mbrutzkus@ebg-law.com

5  Attorneys for Forever 21, Inc. and Forever 21 Retail, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXACT-SCIENCE PRODUCTIONS, LLC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEMME KNITS, INC., HAPA INDUSTRIES, LTD., FOREVER 21, INC., FOREVER 21 RETAIL, INC., NORDSTROM, INC., DELIA*S GROUP INC., ALLOY, INC., and DOES 1 through 100,<br><br>Defendants. | Case No. CV 07-02296 JF<br><br>**STIPULATION AND ORDER SUBSTITUTING ATTORNEY** |

IT IS STIPULATED that FOREVER 21, INC. and FOREVER 21 RETAIL, INC. makes the following substitution of attorney from Cynthia Woollacott to Mark D. Brutzkus, 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367, 818-827-9000.

///

///

-1-
Stipulation and Order Substituting Attorney (Forever 21)

| | | |
|---|---|---|
|1| I consent to this Substitution: | FOREVER 21, INC. |
|2| | |
|3| Dated: Jan. 2, 2008 | By: _____ |
|4| | |
|5| | FOREVER 21 RETAIL, INC. |
|6| | |
|7| Dated: Jan. 2, 2008 | By: _____ |
|8| | |
|9| I consent to this Substitution: | WOOLACOTT JANNOL LLP |
|10| | |
|11| Dated: _____ | By: _____ |
|12| | Cynthia Woollacott, Former Attorney |
|13| | |
|14| I consent to this Substitution: | EZRA | BRUTZKUS | GUBNER LLP |
|15| | |
|16| Dated: Jan. 3, 2008 | By: _____ |
|17| | Mark D. Brutzkus, New Attorney |

-2-
Stipulation and Order Substituting Attorney (Forever 21)

```
 1  I consent to this Substitution:        FOREVER 21, INC.
 2
 3  Dated: _____          By: _____
 4
 5                                         FOREVER 21 RETAIL, INC.
 6
 7  Dated: _____          By: _____
 8
 9  I consent to this Substitution:        WOOLACOTT JANNOL LLP
10
11  Dated: 1/2/08                          By: [signature]
12                                             Cynthia Woollacott,
13                                             Former Attorney
14
15  I consent to this Substitution:        EZRA | BRUTZKUS | GUBNER LLP
16
17  Dated: _____          By: _____
18                                             Mark D. Brutzkus,
                                               New Attorney
19
20
21
...
28
```

-2-
Stipulation and Order Substituting Attorney (Forever 21)