**E-filed 1/8/08**

1  Mark D. Brutzkus - Bar No. 128102
   **EZRA | BRUTZKUS | GUBNER LLP**
2  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
3  Telephone: 818.827.9000
   Facsimile: 818.827.9099
4  Email:     mbrutzkus@ebg-law.com

5  Attorneys for Forever 21, Inc. and Forever 21 Retail, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXACT-SCIENCE PRODUCTIONS, LLC., a California corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>FEMME KNITS, INC., HAPA INDUSTRIES, LTD., FOREVER 21, INC., FOREVER 21 RETAIL, INC., NORDSTROM, INC., DELIA*S GROUP INC., ALLOY, INC., and DOES 1 through 100,<br><br>     Defendants. | Case No. CV 07-02296 JF<br><br>**STIPULATION AND ORDER SUBSTITUTING ATTORNEY**<br>AND ORDER |

IT IS STIPULATED that FOREVER 21, INC. and FOREVER 21 RETAIL, INC. makes the following substitution of attorney from Cynthia Woollacott to Mark D. Brutzkus, 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367, 818-827-9000.

///

///

1  I consent to this Substitution:          FOREVER 21, INC.

3  Dated: Jan. 2, 2008                       By: /s/

5                                             FOREVER 21 RETAIL, INC.

7  Dated: Jan. 2, 2008                       By: /s/

9  I consent to this Substitution:          WOOLACOTT JANNOL LLP

11 Dated: _____                    By: _____
                                              Cynthia Woollacott,
                                              Former Attorney

14 I consent to this Substitution:          EZRA | BRUTZKUS | GUBNER LLP

16 Dated: Jan. 3, 2008                      By: /s/
                                              Mark D. Brutzkus,
                                              New Attorney

| | | |
|---|---|---|
| 1 | I consent to this Substitution: | FOREVER 21, INC. |
| 2 | | |
| 3 | Dated: _____ | By: _____ |
| 4 | | |
| 5 | | |
| 6 | | FOREVER 21 RETAIL, INC. |
| 7 | Dated: _____ | By: _____ |
| 8 | | |
| 9 | I consent to this Substitution: | WOOLACOTT JANNOL LLP |
| 10 | | |
| 11 | Dated: 1/2/08 | By: _____ |
| 12 | | Cynthia Woollacott, |
| 13 | | Former Attorney |
| 14 | I consent to this Substitution: | EZRA \| BRUTZKUS \| GUBNER LLP |
| 15 | | |
| 16 | Dated: _____ | By: _____ |
| 17 | | Mark D. Brutzkus, |
| 18 | | New Attorney |

1/8/08

IT IS SO ORDERED.

JUDGE    JEREMY FOGEL, US DISTRICT COURT

-2-
Stipulation and Order Substituting Attorney (Forever 21)