UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __3.5 hr

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__      DATE: __1/8/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
CASE #: __C 07-02296JF(RS)__

CASE TITLE: __EXACT-SCIENCE PRODUCTIONS__ VS. __FEMME KNITS, INC.__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__C. MATTHEW DIDALEUSKY__             __MARK D. BRUTZKUS__

                                      __MICHAEL HICKS__


**TODAY'S PROCEEDINGS**

{X }SETTLEMENT CONF.   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }     1.
{ }     { }     { }     2.
{ }     { }     { }     3.
{ }     { }     { }     4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED     [X] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED        [ ] DENIED        [ ] SUBMITTED        [ ] DENIED/GRANTED in part


[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to        @        For


**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: