UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 15 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: SUMMER CLANTON    DATE: 1/9/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
CASE #: C 07-02296JF(RS)

CASE TITLE: EXACT-SCIENCE PRODUCTIONS   VS.   FEMME KNITS, INC.

**Appearances for Plaintiff(s)**            **Appearances for Defendant(s)**

C. MATTHEW DIDALEUSKY (via phone)    MARK D. BRUTZKUS (via phone)

MICHAEL HICKS (via phone)

**TODAY'S PROCEEDINGS**

{X} FURTHER SETTLEMENT CONF.   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }    { }    { }    1.
{ }    { }    { }    2.
{ }    { }    { }    3.
{ }    { }    { }    4.

DISPOSITION of TODAY'S PROCEEDINGS

[ X ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED      [ ] DENIED      [ ] SUBMITTED      [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to      @      For

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: SETTLEMENT PLACED ON THE RECORD.