*efiled 1/23/08

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                    SAN JOSE DIVISION

9   EXACT-SCIENCE PRODUCTIONS,                    CV-07-2296-JF
              Plaintiff,
10                                            ORDER OF DISMISSAL
        V.
11
    FEMME KNITS,
12              Defendant.
13  _____/

14

15       The parties hereto, by their counsel, have advised the Court that they have agreed to a

16  settlement of this case.

17       IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if

18  any party hereto shall certify to this Court, within ninety days, with proof of service of a copy

19  thereof, that the agreed consideration for said settlement has not been delivered over, the

20  foregoing ORDER SHALL STAND VACATED and this cause shall forthwith be restored to the

21  calendar to be set for trial.

22

23  Date:  January 22, 2008    _____
                                        JEREMY FOGEL
24                                      United States District Judge

25

26

27

28